AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CAUTHRON, ROBIN J | WESTERN DISTRICT OF OKLAHOMA | 05/11/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 3301 U.S. COURTHOUSE<br>200 N.W. 4TH STREET<br>OKLAHOMA CITY, OK 73102 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 16 A 10: 35 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-employed lawyer |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Stock Exchange Bank | Business loan | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code 1 (A-H) | Type (e.g. div., rent, int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date Month-Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 1. Federal Employees Credit Union Oklahoma City, OK | A | Interest | J | T | | | | | |
| 2. Smith Barney, Inc. - Appreciation Fund | A | Dividend | J | T | | | | | |
| 3. John Powell, Ltd. Partnership Tulsa County, OK real est. | | None | K | R | | | | | See VIII, Explanations |
| 4. Winston Oil Co. 1981-1982 Ltd. Partnership, Marion, OH | | None | J | W | | | | | |
| 5. Dage Oil Co., Ltd. Partnership Oklahoma City, OK | | None | J | W | | | | | |
| 6. Mineral interest in Woods County, OK | A | Royalty | J | W | | | | | |
| 7. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 8. -Pfizer, Inc. (common stock) | A | Dividend | | | sell | 2/15 | J | | |
| 9. -Cisco Systems, Inc.(common stock) | A | Dividend | | | sell | 2/15 | J | | |
| 10. -Target (common stock) | A | Dividend | | | sell | 2/15 | J | A | |
| 11. -American Balanced Fund C (mutual fund) | A | Dividend | J | T | buy | 2/15 | J | | |
| 12. -Capital Income Builder Fund (mutual fund) | A | Dividend | J | T | buy | 2/15 | J | | |
| 13. -Capital World Growth & Income Fund C (mutual fund) | A | Dividend | J | T | buy | 2/15 | J | | |
| 14. -Income Fund of America C (mutual fund) | A | Dividend | J | T | buy | 2/15 | J | | |
| 15. New York Life Ins. (whole life) | A | Interest | J | T | | | | | |
| 16. IRA ACCOUNT #1 | | | | | | | | | |
| 17. -Growth Fund of America (mutual fund) | A | Dividend | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| Description of Assets (including trust assets) | Income | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code 1 (A-H) | Type (e.g. div., rent, int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, redemption) | Date Month/Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 18. -Investment Co. of America (mutual fund) | A | Dividend | K | T | | | | | |
| 19. -McData Corp. (common stock) | A | Dividend | J | T | | | | | |
| 20. -OG&E | A | Dividend | J | T | | | | | |
| 21. -Langston University bonds | A | Interest | J | T | | | | | |
| 22. -Oklahoma City Municipal Bonds | A | Interest | J | T | part. redemp | 11/1 | J | | |
| 23. -Merck (common stock) | A | Dividend | J | T | | | | | see explanation Part VIII |
| 24. -Pfizer (common stock) | A | Dividend | J | T | | | | | see explanation Part VIII |
| 25. -Devon Energy (common stock | A | Dividend | J | T | | | | | see explanation Part VIII |
| 26. Stock Exchange Bank, Woodward, OK | C | Interest | M | T | | | | | |
| 27. Union Bank, Ok City Acct | C | Interest | M | T | | | | | |
| 28. BROKERAGE ACCT #2 | | | | | | | | | |
| 29. -Berkshire Hathaway A | A | Dividend | L | T | buy | 8/9 | L | | |
| 30. -Langston Universiy bonds | D | Interest | L | T | | | | | |
| 31. -Bank of America Corp. | A | Dividend | J | T | buy | 8/9 | L | | |
| 32. -Oklahoma City Municipal Bonds | A | Interest | J | T | part. redemp | 11/1 | J | | see explanation Part VIII |
| 33. -St. Louis, Mo. Land Clearance Municipal Bond | A | Interest | J | T | | | | | see explanation Part VIII |

| Name of Person Reporting | Date of Report |
|---|---|
| CAUTHRON, ROBIN J | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII. Investments and Trusts

Line 3 - John Powell Limited Partnership was purchased in 1973 for $26,000.

Assets listed on page 5, lines 23-25 and lines 32 & 33, were inadvertently omitted from previous reports. The information relating to these assets is as follows:

line 23 - Merck - buy 12/23/04, value code J
line 24 - Pfizer - buy 12/23/04, value code J
line 25 - Devon Energy - buy 12/23/04, value code J
line 32 - Oklahoma City Municipal Bonds - buy 4/20/00 and 5/30/01, value code J
line 33 - St. Louis, Mo. Land Clearance Municipal Bond - buy 11/13/99, value code J

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat                                    Date   5/11/06

NOTE: AN            WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544